No. 92–1955. BLOMQUIST ET AL. *v.* BIETER CO. ET AL. C. A. 8th Cir. Certiorari denied. 

No. 92–1957. GIPSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 92–1958. DESARROLLOS METROPOLITANOS, INC. *v.* TABER PARTNERS I ET AL. C. A. 1st Cir. Certiorari denied. 

No. 92–1959. WORD OF FAITH WORLD OUTREACH CENTER CHURCH, INC., ET AL. *v.* MORALES, ATTORNEY GENERAL OF TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 92–1962. BLAIS ET AL. *v.* BROUSSARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1963. ANDHOGA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied. 

No. 92–1965. CAMOSCIO *v.* LAWTON, JUDGE. App. Ct. Mass. Certiorari denied.

No. 92–1966. ERRICO *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. 

No. 92–1967. SILVER CLOUD, INC., DBA COLUMBIANA PLASTICS, ET AL. *v.* NATIONAL KITCHEN PRODUCTS ET AL. C. A. 6th Cir. Certiorari denied. 

No. 92–1969. HARRISON *v.* BANKERS FIRST FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 11th Cir. Certiorari denied. 

No. 92–1971. MOORE ET AL. *v.* ESPY, SECRETARY OF AGRICULTURE, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 92–1972. FURMANSKI *v.* FURMANSKI. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–1973. POLYAK *v.* BOSTON ET AL.; and IN RE POLYAK. C. A. 11th Cir. Certiorari denied.